# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case Number: 5:08-CR-72 (HL) |
| : | |
| **ORASAMA ANDREWS,** : | |
| : | |
| Defendant. : | |

_____

## ORDER

The trial of this case, presently scheduled to begin April 20, 2009 in Valdosta, is hereby continued until the next regularly-scheduled trial term.  The Pre-Trial Conference, presently scheduled for April 8, 2009, is also continued.   The Court continues this case based on a request by the Defendant's counsel.  Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 8th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**