IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIMINAL NO. 5:08-CR-72(HL) |
| | : |
| ORASAMA ANDREWS | : |
| | : |

**ORDER**

Having reviewed and considered Defendant's Motion to Continue, IT IS HEREBY ORDERED that the pretrial conference and trial of this case be continued to the next Macon term of Court to give counsel adequate time following his leave to prepare for the trial of this case.

IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excusable delay pursuant to Title 18, United States Code, Section 3161 (h) of the Speedy Trial Act.

**SO ORDERED this 20th day of May 2009.**


/S/   Hugh Lawson
**HUGH LAWSON
UNITED STATES DISTRICT JUDGE**